

# United States District Court
# Eastern District of California

| | |
|---|---|
| Ruth Polanco Valle | Case Number: 1:26-cv-04910-TLN-CSK |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Christopher Chestnut, et al | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christopher Carlston hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Ruth Polanco Valle

On _____11/01/2013_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Texas_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____06/28/2026_____    Signature of Applicant: /s/ Chris Carlston

**Pro Hac Vice Attorney**

Applicant's Name: Christopher Carlston

Law Firm Name: MCGregor & Oblad, PLLC

Address: 3010 LBJ Fwy

Suite 200

City: Dallas State: TX Zip: 75234

Phone Number w/Area Code: (214) 720-9555

City and State of Residence: Irving, Texas

Primary E-mail Address: ccarlston@mcgregorfirm.com

Secondary E-mail Address: chriscarlston@hotmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mario Salgado

Law Firm Name: Salgado & Peralta, P.A.

Address: 605 Mission Street

Suite 1111

City: San Francisco State: CA Zip: 94105

Phone Number w/Area Code: (415) 401-8699 Bar # 128533

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/6/2026

JUDGE, U.S. DISTRICT COURT

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 28, 2026

Re: Christopher Ryan Carlston, State Bar Number 24087263

To Whom It May Concern:

This is to certify that Christopher Ryan Carlston was licensed to practice law in Texas on November 01, 2013, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253